In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00244-CV**
_____

**IN THE INTEREST OF Z.G.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-235,855-A**

**MEMORANDUM OPINION**

The trial court signed a judgment terminating appellant's parental rights on September 21, 2020. Notice of appeal was due on October 12, 2020. Appellant filed a notice of appeal on October 26, 2020, more than twenty days from the date of the judgment. *See* Tex. R. App. P. 26.1(b), 26.3.

On October 29, 2020, we notified the parties that the notice of appeal did not appear to have been timely filed and informed the parties that the notice of appeal had been filed within the time permitted for an extension under the applicable

1

appellate rule.[1] *See* Tex. R. App. P. 26.3. The appellant failed to file a motion for extension of time to file notice of appeal or offer a reasonable explanation for the late filing of the notice of appeal.

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.1(b). No motion for extension of time was filed. *See* Tex. R. App. P. 26.3. The appellant failed to comply with a notice from the clerk requiring a response or other action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2020
Opinion Delivered December 30, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.

---

[1]The notice sent to appellant's last known mailing address was returned as undeliverable.

2